1  DAVID P. MASTAGNI. ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   STESHA R. HODGES, ESQ. (SBN 234892)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile:  (916) 447-4614

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  LONZO ANDERSON, ALICIA ALVALOS,  )   CASE NO. 1:05-cv-01498-FVS-SMS
    DANIEL J. BALDERAS, GABRIEL      )
12  BONILLA, KAROLY BOSTAI, JEREME   )
    BROGAN, KRISTINA BROOKS, CHAD    )   **STIPULATION AND ORDER RE**
13  BRUCE, AARON BUCKMASTER, JIMMY   )   **WITHDRAWING PLAINTIFFS'**
    BURCIAGA, JOSEPH A. CAMPOS, MONICA )  **M O T I O N   T O   S T R I K E**
14  P. CARO, MATTHEW CARROLL,        )   **DEFENDANT'S AFFIRMATIVE**
    CELESTINA CASTILLO, MICHAEL      )   **DEFENSES [20]**
15  CLAYBORN, DUANE CORNETT, JOSEPH  )
    "JODY" COX, SCOTT N. COX, DOUGLAS )  **Vacating the Hearing date of:**
16  DALE CROMBIE, RICHARD DEITZ,     )   **March 13, 2006 at 9:30a.m.**
    FRANKIE DOLE, SARA DOYLE, STEPHEN )  **Before Judge Van Sickle**
17  H. ELLIS, CESAR ESCOBAR, JEFFREY )
    FEDERICO, MARK FRICK, ALFRED     )
18  GALAFATE, MICHAEL GIEFER, MICHAEL )
    GRAY, GREG GRUICH, JAMES GUY,    )
19  JESUS GUZMAN, ROBERT HADLEY, JUDD )
    HEMBREE, GREG HERNANDEZ, SHAWN   )
20  HERMOSILLO, CASEY HIGGINBOTHAM,  )
    LORI HOLCOMB, DEMECIO HOLGUIN,   )
21  FRANK HOLGUIN III, RYAN HOLMES,  )
    JAMES HOWELL, JOSHUA HOWSER,     )
22  ALVIN JENKINS, JOHN L. JOBE, TIM )
    JOHNSON, ANTHONY JONES, EDUARDO  )
23  JONES JR., KEITH M. JUNG, KERRY  )
    KELLY, RODNEY L. KLASSEN, KAREN  )
24  MADRID, GARY MARKS, JAYSON       )
    MARTHERUS, KEVIN B. MEDLEY, ELSA )
25  BEATRICE MEJIA, RAQUEL MERAZ,    )
    ,JEREMY MEYST, DOUG MILLER,      )
26  ROBERT MOORE, RONALD C. MOORE,   )
    TRAVIS MYERS, DARREN C. NELSON,  )
27  GORDON M. O'RAFFERTY, STEVEN W.  )
    OLDS, ANNA ORTIZ, STEVEN PASILLAS,
28  DAVID PEREZ, LEONARD G. PHILLIPS,

---

STIPULATION AND [PROPOSED] ORDER                *Anderson, et al. v. County of Tulare*
                                                      CV-F-01498-FVS-SMS

| | |
|---|---|
| JUSTIN C. PIPKIN, NATHAN POLK, CHAD E. RHYMAN, JEREMY ROSE, SANDRA ROBLES, STEVEN SANCHEZ, TIM SATTERFIELD, DANNY SERPA, TOM SIGLEY, YSIDRO J. TORRES, MICHEAL TYLOR STELOW, MARK T. STEWART, ROBERT STRASSENBURN, RONALD G. TAYLOR, ERIC TREVINO, JOSE TORRES, JAMES "JC" TURNER, DANIEL E. VILLALOBOS, BRIAN VOGEL, MICHAEL WADSWORTH, RANDALL WALTZ, JOSHUA WHEELER, DAVID B. WINTERS, ROBERT B. WINTERS, NATHAN WRIGHT, MIKE YANDELL, JOSEPH GARCIA YBARRA JR., acting for themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>COUNTY OF TULARE,<br><br>                Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, by their respective counsel that Plaintiffs' Motion to Strike Defendant's Affirmative Defenses is withdrawn and Affirmative Defenses Fifteen (15), Sixteen (16), Twenty-One (21) and Twenty-Two (22) asserted in Defendant's Answer are hereby stricken.

1. On November 17, 2005, Plaintiffs filed a complaint in the United States District Court, Eastern District of California against Defendant for violations of the FLSA.

2. On January 23, 2006, Defendant filed an Answer to Plaintiffs' complaint denying all allegations and setting forth twenty-four affirmative defenses.

3. On February 10, 2006 Plaintiffs filed a Motion to Strike to strike Defendant County of Tulare's Eighth (8), Fifteenth (15), Sixteenth (16), Twenty-First (21), Twenty-Second (22), and Twenty-Fourth (24) Affirmative Defenses asserted in Defendant's Answer.

4. Plaintiffs withdraw their Motion to Strike Defendant's Affirmative Defenses.

5. Defendant agrees the Fifteenth (15), Sixteenth (16), Twenty-First (21) and Twenty-Second (22) Affirmative Defenses asserted in Defendant's Answer are stricken.

**MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

Dated: February 22, 2006

By: /s/ David E. Mastagni
DAVID E. MASTAGNI,
Attorney for Plaintiffs

Dated: February 22, 2006

By: /s/ Peter Brown
PETER BROWN
Attorney for Defendant

## **ORDER**

The Stipulation and Order Is Hereby Adopted by the Court for the Case and the Parties Are Ordered to Comply with this Order.

IT IS SO ORDERED.

**Dated:  March 22, 2006**              /s/ Sandra M. Snyder
icido3                                           UNITED STATES MAGISTRATE JUDGE