1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   STRAUN W. BOSTON, ESQ. (SBN 242380)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONZO ANDERSON, et al., acting for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TULARE,<br><br>Defendant. | CASE NO. 05-CV-F-01498-FVS-SMS<br><br>**STIPULATION AND ORDER**<br>**RE JOINDER OF ADDITIONAL**<br>**PLAINTIFFS** |

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, by their respective counsel that, Christal Derrington, Chris Jennings, and Alex Hartsell may be joined as additional parties to the above entitled action.

1. On November 17, 2005, Plaintiffs filed a complaint alleging violations of the Fair Labor Standards Act against the Defendant, County of Tulare.

2. On January 23, 2006, the Defendant filed an answer to the complaint.

3. On April 10, 2006, a Joint Status Conference Statement was filed with this court by the Plaintiffs and Defendant.

4. On May 4, 2006, this Court issued a Pretrial (Status) Scheduling Order, stating no additional joinder of parties shall be allowed after December 29, 2006.

5. In late December 2006, Christal Derrington, Chris Jennings, and Alex Hartsell, contacted Plaintiffs' law offices regarding opting-into the lawsuit as a Plaintiff. Christal Derrington, Chris Jennings, and Alex Hartsell were unable to provide the law office the paperwork needed to file consents with the court by December 29, 2006.

6. On or around January 5, 2007, Plaintiffs' counsel contacted Defendant's counsel regarding whether Defendant would agree to add Christal Derrington, Chris Jennings, and Alex Hartsell into this action without noticed motion.

7. On January 11, 2007, Defendant agreed to stipulate to permit Christal Derrington, Chris Jennings, and Alex Hartsell to opt into the this litigation as Plaintiffs without noticed motion.

8. The parties jointly request leave of court to add Christal Derrington, Chris Jennings, and Alex Hartsell as Plaintiffs to the above entitled action on the basis of their attached opt-ins.   (Copy of Consent to Be Included as an Individual Plaintiff, attached hereto, as Exhibits "A", "B", and "C").

Dated: January 22, 2007

**MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

By: _____
DAVID E. MASTAGNI
Attorney for Plaintiffs

Dated: January 22, 2007

By: */s/ Peter Brown*
PETER BROWN
Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER                    -2-                    *Anderson, et al. v. County of Tulare*
05-CV-F-01498-FVS-SMS

## **ORDER**

The Stipulation and Order is hereby adopted by the Court for the case and the Plaintiffs are granted leave of court to add Christal Derrington, Chris Jennings, and Alex Hartsell as additional parties on the basis of their opt-in. The Parties Are Ordered to Comply with this Order.

IT IS SO ORDERED.

**Dated:   February 13, 2007**            /s/ Sandra M. Snyder
icido3                        UNITED STATES MAGISTRATE JUDGE